UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DELTA FAUCET COMPANY, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 1:23-cv-00200-JMS-CSW |
| | ) | |
| BEN WATKINS and JOHN DOES 1-10, | ) | |
| | ) | |
| *Defendants*. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** as follows:

- Final Judgment is entered in favor of Plaintiff Delta Faucet Company ("Delta") and against Defendant Ben Watkins as to Delta's trademark infringement and unfair competition claims under both federal and state law (Counts I-III) in the amount of **$5,402,245.73**.

- Final Judgment is entered in favor of Mr. Watkins and against Delta as to Delta's state law deception claim (Count IV), and that claim **DISMISSED WITH PREJUDICE**.

- Final Judgment is entered in favor of Delta and against Mr. Watkins as to Delta's claim for a permanent injunction against Mr. Watkins consistent with the terms of the Permanent Injunction issued this date.

- Final Judgment is entered in favor of the John Doe Defendants and against Delta, and the John Doe Defendants are **DISMISSED WITH PREJUDICE**.

Date: 12/8/2023

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ____*[signature]*____

Deputy Clerk, U.S. District Court

**Distribution via ECF to all counsel of record**

**Distribution via U.S. Mail to:**

Ben Watkins
1459 Belle Meade Dr.
Akron, OH 44321

Ben Watkins
17 Heritage Oak Way
Simpsonville, SC 29681